# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1313**
**CA 12-01212**
PRESENT: SMITH, J.P., PERADOTTO, CARNI, SCONIERS, AND WHALEN, JJ.

---

DONOVAN HUMPHREY, PLAINTIFF-APPELLANT,

                       V                                          ORDER

EDWARD CAMPANY, ET AL., DEFENDANTS,
BEN PENNETTA, DEFENDANT-RESPONDENT.

---

ATHARI & ASSOCIATES, LLC, UTICA (NICOLE C. PELLETIER OF COUNSEL), FOR PLAINTIFF-APPELLANT.

SLIWA & LANE, BUFFALO (STANLEY J. SLIWA OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered April 5, 2012. The order, among other things, denied plaintiff's motion for a protective order.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: December 21, 2012                         Frances E. Cafarell
                                                  Clerk of the Court